EILEEN M. DECKER  
United States Attorney  
DOROTHY A. SCHOUTEN  
Assistant United States Attorney  
Chief, Civil Division  
ROBYN-MARIE LYON MONTELEONE  
Assistant United States Attorney  
Chief, General Civil Section  
LYNN HARADA [C.S.B.N. 267616]  
Special Assistant United States Attorney  
    Social Security Administration, Region IX  
    160 Spear St., Suite 800  
    San Francisco, CA  94105  
    Telephone: 415-977-8977  
    Facsimile: 415-744-0134  
    e-mail: Lynn.Harada@ssa.gov  
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| DONETTE FAY SEAL NARVAEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-09950-SK<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  10/13/2016

                              HON. STEVE KIM  
                              UNITED STATES MAGISTRATE JUDGE